UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAKIA CAMPBELL,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO, et al.,<br><br>        Defendants. | CASE NO. C20-128 MJP<br><br>ORDER DENYING SECOND STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES |

The Court, having received and reviewed the Parties' Second Stipulated Motion to Amend the Order Setting the Trial Date and Related Deadlines (Dkt. No. 25), makes the following findings:

The motion contains insufficient facts to establish good cause for a continuance of the trial date and pretrial deadlines. The Parties ask the Court to extend all of the case deadlines to accommodate a mediation they have scheduled on December 8, 2020, four days after the close of discovery. The Court does not require the parties to engage in mediation, and mediation is not the only means by which the Parties can negotiate a resolution to this matter. While the Parties

ORDER DENYING SECOND STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1

1  have identified one mediator, there are many other third-party neutrals who could likely

2  accommodate them before the December 4, 2020 discovery deadline. The Parties do not claim

3  that there are no other mediators available, and nothing in the motion suggests that the Parties

4  cannot simply resolve this matter through counsel. But more importantly, the Court does not find

5  good cause to have a mediator's schedule for a non-mandated meditation control the Court's

6  already busy calendar which has trials set far into the future. On the record presented, there is

7  inadequate justification to change any of deadlines in this matter.

8      Therefore, IT IS ORDERED that the request to revise the existing case schedule is

9  DENIED without prejudice.

10      The clerk is ordered to provide copies of this order to all counsel.

11      Dated October 28, 2020.

Marsha J. Pechman
United States District Judge

ORDER DENYING SECOND STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 2