Honorable Marsha J. Pechman

**UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| NAKIA CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL RESERVE BANK of SAN FRANCISCO<br><br>Defendants. | No. 2:20-cv-00128 MJP<br><br>**THIRD STIPULATED MOTION AND ORDER TO AMEND ORDER SETTING TRIAL DATE AND RELATED DEADLINES**<br><br>**NOTED FOR:** **NOVEMBER 5, 2020** |

## I.   STIPULATION

COME NOW the parties, by and through their attorneys of record, Beverly G. Grant and Jeffery D. Bradley of Beverly Grant Law Firm, PS and Arthur Simpson and Katie Rosen of Davis Wright Tremaine LLP, hereby jointly request an extension of certain pretrial deadlines and submit this Third Stipulated Motion to Amend Order Setting the Trial Date and Related Deadlines in the hope to clarify the intent of their previous motions and to respond to the Court's inquiries.  Incorporated by reference, the previous stipulated motions to alter the case schedule (Dkt. 21 and Dkt. 25) and along with the Court's Orders denying the requested relief without prejudice (Dkt. 22 and Dkt. 27).

THIRD STIPULATED MOTION AND
ORDER TO AMEND ORDER
SETTING TRIAL DATE AND
RELATED DEADLINES          Page 1 of 5

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

The parties respectfully submit to the Court that there is good cause to amend the case scheduling order to afford them additional time to conduct discovery in an orderly, efficient, and thoughtful fashion. The parties and their counsel have not been dilatory. To date they have met all Court-issued deadlines and continue to proceed in this litigation earnestly, expeditiously, and in good faith. However, this extraordinary year has imposed upon the parties, their counsel, this Court, and the world at large incredible and unforeseen challenges.

Respectfully, the parties have not requested an amendment of the Court's scheduling order solely to accommodate their intention to conduct a private mediation of Plaintiff's claims against Defendant. (Dkt. 27). The parties are requesting that the Court provide them with additional time to complete discovery because much of their discovery period has overlapped the single greatest acute public health crisis in recent history. Further, the parties' counsel now have conflicting discovery and trial schedules that will render the current case schedule difficult if not impossible to meet.

Early on in the COVID-19 public health emergency, it was unclear whether, when, or how critical discovery such as depositions and Rule 35 examinations could be conducted safely and appropriately, and the parties lost crucial time as a result of the pandemic. This was a result of an unforeseeable public health emergency that affected all sectors of commerce across the nation, including the legal industry. The parties now respectfully request that the Court merely afford them with additional time to make up for that lost time so that their counsel can discharge their professional responsibilities as advocates in fashion that does not impose an undue burden upon the parties, their counsel, their experts, and their lay witnesses.

THIRD STIPULATED MOTION AND
ORDER TO AMEND ORDER
SETTING TRIAL DATE AND
RELATED DEADLINES                    Page 2 of 5

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

**(1)** Although, counsel have met the deadline for initial disclosure of expert witnesses, Defendant's psychiatric expert, Dr. Vandenbelt, will be unable to conduct a Federal Rule of Civil Procedure 35 examination of Plaintiff until November 24, 2020. This was due to other conflicts in his schedule. Dr. Vandenbelt will need time to examine the raw data to compile a Federal Rule of Civil Procedure 35(b) report that will be forwarded to Plaintiff's expert as well. Due to his caseload and other responsibilities in the holidays, Dr. Vandenbelt will not have his Rule 35 report ready for review until December 14, 2020. Plaintiff will then have thirty (30) days to respond with a rebuttal expert. The Court noted that "Plaintiff does not identify when her experts will be prepared to present their reports in this matter if not by the October 5, 2020 cut-off" (Pg. 1, ln. 20-21). Plaintiff's rebuttal psychological expert could meet the deadline pursuant to the court rules within thirty (30) days from the date of the IME report, or shortly by January 13, 2021. The current schedule does not afford either expert sufficient time to meet the Court's discovery cutoff deadline by December 4, 2020, and meet their other obligations to interpret any raw data from the IME; and **(2)** Counsel each have conflicting trial schedules with very similar discovery cutoff dates and trials in May, 2021. *See* Dkt. 26 (Decl of Beverly G. Grant); and **(3)** In addition to their intention the mediate, the reasons that support the parties' two prior requests for deadline extensions include COVID-19 and conflicting trial and discovery schedules among counsel and experts, make it necessary to seek relief from the court of a two-month discovery extension (as well as a continuance of the trial date).

The parties and their counsel are very appreciative that the Court has a busy calendar that has trials set far into the future. The parties and their counsel do not take lightly the additional strain that their request for a continuance of case-related deadlines will place upon

THIRD STIPULATED MOTION AND
ORDER TO AMEND ORDER
SETTING TRIAL DATE AND
RELATED DEADLINES                     Page 3 of 5

Beverly Grant Law Firm P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

1  this busy Court, and they do not make their joint request as a matter of course. Yet the parties

2  do submit that there is good cause for the requested relief and humbly request that this Court

3  afford them additional time so that they may conduct discovery in an orderly fashion and

4  proceed to trial at a time when their counsel are not scheduled to be in other trials.

5      Counsel jointly seeks a modification of the following dates:

| *Description* | *Current Dates* | *Proposed Dates* |
|---|---|---|
| Discovery motions filed by | November 4, 2020 | January 20, 2021 |
| Discovery Completed by | December 4, 2020 | February 19, 2021 |
| Dispositive Motions filed by | January 4, 2021 | March 22, 2021 |
| Motions in Limine filed by | March 29, 2021 | June 14, 2021 |
| Agreed Pretrial Order due | April 20, 2021 | July 6, 2021 |
| Trial Briefs, voir dire and proposed jury instructions | April 20, 2021 | July 6, 2021 |
| Pretrial conference | April 22, 2021 @ 1:30 pm | TBD in June 2021 |
| Trial | May 3, 2021 | July 19, 2021 |

DATED this 5th day of November 2020.       DATED this 5th day of November 2020.

BEVERLY GRANT LAW FIRM, P.S.       Davis Wright Tremaine LLP
     Attorneys for Defendants

By: /s/ Beverly G. Grant
Beverly G. Grant, WSBA No. 8034       By /s/ Arthur Simpson
Jeffery D. Bradley, WSBA No. 27726       Arthur Simpson, WSBA #44479
5808 100th Street SW, Suite A       Katie Rosen, WSBA #29465
Lakewood, WA 98499       920 Fifth Avenue, Suite 3300
Phone: (253) 252-5454       Seattle, WA 98104-1610
Fax: (253) 503-7509       Telephone: (206) 622-3150
Email: beverly@bevgrantlaw.com       Fax: (206) 757-7700
        Jefferybradley@bevgrantlaw.com       E-mail: katierosen@dwt.com
Counsel for Plaintiff       E-mail: arthursimpson@dwt.com

## II. ORDER

Based upon the foregoing Stipulation:

IT IS SO ORDERED that the deadlines shall be extended as follows:

THIRD STIPULATED MOTION AND
ORDER TO AMEND ORDER
SETTING TRIAL DATE AND
RELATED DEADLINES      Page 4 of 5

5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454

| Description | Current Dates | New Dates by Order of the Judge |
|---|---|---|
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | November 4, 2020 | January 20, 2021 |
| Discovery Completed by | December 4, 2020 | February 19, 2021 |
| Dispositive Motions filed by and noted on the motion calendar on the fourth Friday thereafter (See CR7(d)) | January 4, 2020 | March 22, 2021 |
| Motions in Limine filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | March 29, 2021 | June 14, 2021 |
| Agreed Pretrial Order due | April 20, 2021 | July 6, 2021 |
| Trial Briefs, voir dire and proposed jury instructions | April 20, 2021 | July 6, 2021 |
| Pretrial conference | April 22, 2021 @ 1:30 pm | July 8, 2021 at 1:30PM |
| Trial | May 3, 2021 | July 19, 2021 10 Day Jury Trial |

DATED this 6th day of November 2020.

_____
Marsha J. Pechman
United States District Judge

THIRD STIPULATED MOTION AND
ORDER TO AMEND ORDER
SETTING TRIAL DATE AND
RELATED DEADLINES                Page 5 of 5

Beverly Grant Law Firm, P.S.
5808 100th Street SW, Suite A
Lakewood, WA 98499
(253) 252-5454